1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH MALY,                          No.  1:21-cv-00037-NONE-HBK

12              Plaintiff,                     JOINT STIPULATION FOR DISMISSAL
                                               UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)
13        v.
                                               (Doc. No. 19)
14   BIG LOTS STORES, INC., *an Ohio*
     *Corporation*,                            ORDER DIRECTING CLERK TO ASSIGN
15                                             THIS CASE TO DISTRICT JUDGE
                Defendant.
16

17

18

19

20        On June 3, 2021, the parties filed a Joint Stipulation for Dismissal, stipulating to the

21   dismissal of this action <u>with</u> prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Doc. No. 19).

22   According to the Joint Stipulation "each party [will] bear its own attorney's fees and costs."  (*Id.*).

23        Accordingly:

24        1.      Pursuant to the Joint Stipulation for Dismissal (Doc. No. 19), this action is

25   dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

26        2.      The Clerk of Court shall terminate any pending motions, assign this case to a

27   district judge, and close this case.

28

                                             1

IT IS SO ORDERED.

Dated:   June 6, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE